JUDGMENT
=======================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - - - - - -

NO. 98-16525
CT/AG#: CV-96-00175-ACM

JANE S. WILLIAMS, a married woman

Plaintiff - Appellant

v.

PIMA COUNTY, ARIZONA, a Body Politic; JOHN MICHAEL BOYD, a
divorced man not remarried; PAUL MARSH, husband; BARBARA S.
MARSH, wife; EDWIN R. MOORE, husband; MADELINE G. MOORE, wife;
DANIEL W. ECKSTROM, husband; MARY A. ECKSTROM, wife; RAUL M.
GRIJALVA, husband; RAMONA F. GRIJALVA, wife; CHARLES
HUCKELBERRY, husband; MAUREEN J. HUCKELBERRY, wife; F. ANN
RODRIGUEZ, a single woman; LARRY BAHILL, husband; CAROL
BAHILL, wife

Defendants - Appellees

- - - - - - - - - - - - - - - - - - - - -

APPEAL FROM the United States District Court for the

District of Arizona (Tucson) .

THIS CAUSE came on to be heard on the Transcript of the

Record from the United States District Court for the

District of Arizona (Tucson)

and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED

Filed and entered        July 15, 1999

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 06 1999

by: _____
Deputy Clerk

**NOT FOR PUBLICATION**

**F I L E D**

UNITED STATES COURT OF APPEALS

JUL 1 5 1999

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| JANE S. WILLIAMS, ) | No. 98-16525 |
| ) | |
| Plaintiff-Appellant, ) | D.C. No. CV-96-175-ACM |
| ) | |
| v. ) | |
| ) | |
| PIMA COUNTY, ARIZONA, a Body ) | MEMORANDUM* |
| Politic; JOHN MICHAEL BOYD, a ) | |
| divorced man not remarried; PAUL ) | |
| MARSH, husband; BARBARA S. MARSH,) | |
| wife; EDWIN R. MOORE, husband; ) | |
| MADELINE G. MOORE, wife; DANIEL ) | |
| W. ECKSTROM, husband, MARY A. ) | |
| ECKSTROM, wife; RAUL M. GRIJALVA, ) | |
| husband; RAMONA F. GRIJALVA, wife; ) | |
| CHARLES HUCKLEBERRY, husband; ) | |
| MAUREEN J. HUCKLEBERRY, wife; ) | |
| F. ANN RODRIGUEZ, a single woman; ) | |
| LARRY BAHILL, husband; CAROL ) | |
| BAHILL, wife ) | |
| ) | |
| Defendants-Appellees. ) | |
| ) | |

Appeal from the United States District Court
for the District of Arizona
Alfredo C. Marquez, District Judge, Presiding

---

* This disposition is not appropriate for publication and may not be cited to or used by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

Submitted July 12, 1999[**]

Before:    FARRIS, HAWKINS and GRABER, Circuit Judges.

Jane Williams filed claims against her former employer, Pima County, and against several Pima County officials ("defendants"), alleging race and sex discrimination in violation of 42 U.S.C. §§ 2000e ("Title VII"), 1981, 1983, as well as state law public policy torts and defamation.[1] The district court granted summary judgment in favor of defendants. We have jurisdiction, 28 U.S.C. § 1291, and review de novo. See Stanford Univ. Hosp. v. Federal Ins. Co., 174 F.3d 1077, 1082 (9th Cir. 1999). We affirm.

The court determined that Williams failed to present a prima facie case of race or sex discrimination and, in the alternative, failed to show that defendants' facially nondiscriminatory reasons for the allegedly discriminatory conduct were pretext. Even if Williams is correct that she presented a prima facie case,[2] she had the burden to rebut defendants' proffered motives. See Godwin v. Hunt Wesson,

---

[**]The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[1] Williams's amended complaint included several other causes of action. These causes of action were dismissed pursuant to Fed. R. Civ. P. 12(b)(6) and are not before us.

[2] Williams claims that the court disregarded her statements of facts and relied solely on defendants' account. The court simply exercised its discretion to allow defendants to submit a statement of facts to supplement the record.

2

Inc., 150 F.3d 1217, 1220 (9th Cir. 1998). Where there is no evidence proving discriminatory animus without the need for inference or presumption, a plaintiff must present "specific and substantial" evidence that discriminatory animus, not the employer's proffered motives, was the actual motive. Id. at 1221-22 (internal quotation marks omitted).

Williams has not shown that defendants' proffered reasons are inconsistent or otherwise not believable. The court properly granted judgment for defendants on the Title VII claims. Because the failure to demonstrate intentional discrimination under Title VII was also fatal to Williams's section 1981 and section 1983 claims, see Peters v. Lieuallen, 746 F.2d 1390, 1393 (9th Cir. 1984), the court's judgment on these claims was also correct.

The district court properly granted summary judgment to defendants on Williams's state law claims of public policy torts and defamation. As to the public policy tort, Williams's failure to show race or sex discrimination or other "bad cause" for the adverse employment decisions is fatal. As to defamation, the evidence submitted by Williams, which we have carefully reviewed, fails to show defamation. Summary judgment was appropriate.

    AFFIRMED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 06 1999

by: _____
Deputy Clerk

3

INTERNAL USE ONLY: Proceedings include all events.
98-16525 Williams v. Pima County, Arizona, et al

| | |
|---|---|
| JANE S. WILLIAMS, a married woman<br>　　　Plaintiff - Appellant | Jane S. Williams<br>(520) 297-1871<br>[COR LD NTC prs]<br>6260 North Tealeaf Place<br>Tucson, AZ 85741 |
| v. | |
| PIMA COUNTY, ARIZONA, a Body Politic<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>602-740-5750<br>[COR LD NTC dcc]<br>PIMA COUNTY ATTORNEY'S OFFICE<br>32 North Stone Avenue<br>Suite 1500<br>Tucson, AZ 85701 |
| JOHN MICHAEL BOYD, a divorced man not remarried<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| PAUL MARSH, husband<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| BARBARA S. MARSH<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| EDWIN R. MOORE, husband<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| MADELINE G. MOORE, wife<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| DANIEL W. ECKSTROM, husband<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| MARY A. ECKSTROM, wife<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| RAUL M. GRIJALVA, husband<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| RAMONA F. GRIJALVA, wife<br>　　　Defendant - Appellee | Wendy Ann Petersen, Esq.<br>(See above)<br>[COR LD NTC dcc] |
| CHARLES HUCKELBERRY, husband | Wendy Ann Petersen, Esq. |

INTERNAL USE ONLY: Proceedings include all events.
98-16525 Williams v. Pima County, Arizona, et al

Defendant - Appellee                (See above)
                                    [COR LD NTC dcc]

MAUREEN J. HUCKELBERRY, wife        Wendy Ann Petersen, Esq.
        Defendant - Appellee        (See above)
                                    [COR LD NTC dcc]

F. ANN RODRIGUEZ, a single          Wendy Ann Petersen, Esq.
woman                               (See above)
        Defendant - Appellee        [COR LD NTC dcc]

LARRY BAHILL, husband               Wendy Ann Petersen, Esq.
        Defendant - Appellee        (See above)
                                    [COR LD NTC dcc]

CAROL BAHILL, wife                  Wendy Ann Petersen, Esq.
        Defendant - Appellee        (See above)
                                    [COR LD NTC dcc]